IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01824-BNB

ALFREDO BECERRA,

      Applicant,

v.

J. M. WILNER, Warden, FCI-Florence,

      Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP - 4 2008

GREGORY C. LANGHAM
                 CLERK

## ORDER TO FILE PRELIMINARY RESPONSE

As part of the preliminary consideration of the Application for a Writ of Habeas
Corpus Pursuant to 28 U.S.C. § 2241 in this case and pursuant to *Redmon v. Wiley*,
550 F. Supp. 2d 1275 (D. Colo. 2008), the Court has determined that a limited
Preliminary Response is appropriate. Respondent is directed pursuant to Rule 4 of the
Rules Governing Section 2254 Cases in the United States District Courts to file a
Preliminary Response limited to addressing the affirmative defense of exhaustion of
administrative remedies. If Respondent does not intend to raise this affirmative
defense, Respondent must notify the Court of that decision in the Preliminary
Response. Respondent may not file a dispositive motion as a Preliminary Response, or
an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits
copies of any administrative grievances Applicant has filed raising the issues asserted
in the Application, as well as any responses to those grievances. Applicant may reply

to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies. Accordingly, it is

ORDERED that **within twenty (20) days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty (20) days of the filing of the Preliminary Response** Applicant may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Preliminary Response.

DATED September 4, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   08-cv-01824-BNB

Alfredo Becerra
Reg. No. 66338-179
FCI - Florence
PO Box 6000
Florence, CO 81226

J.M. Wilner
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

United States Attorney General  **- CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on J.M. Wilner; to The United States Attorney General; and to the United States Attorney's Office: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 08/27/08 on 9/4/08 .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk